**DENY; and Opinion Filed May 17, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00514-CV

### IN RE ANTHONY ARREDONDO, ET AL., Relators

**Original Proceeding from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01743-99**

## MEMORANDUM OPINION
Before Justices Lang-Miers, Fillmore, and Schenck
Opinion by Justice Lang-Miers

In this petition for writ of mandamus, relators request that we order the trial court to withdraw its April 20, 2016 order denying their motion to strike Dallas Police and Fire Pension System's Intervention or in the alternative to sever the intervention. Ordinarily, to be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We cannot conclude that relators have demonstrated that they are entitled to relief. We deny the petition for writ of mandamus.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

160514F.P05